# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1175

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Javier Torres-Castro, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 2, 2003
Filed: September 9, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Javier Torres-Castro appeals the sentence the district court[*] imposed on his guilty plea to illegal reentry following conviction for an aggravated felony and deportation, in violation of 8 U.S.C. § 1326(a) and (b). Torres-Castro now argues for the first time that the district court improperly enhanced his base offense level under U.S.S.G. § 2L1.2(b)(1)(A)(ii) (16-level increase if defendant previously was deported after felony crime-of-violence conviction). We disagree. The district court did not commit plain error because Torres-Castro's earlier Arkansas conviction for

_____

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

third degree domestic battery qualified as a felony crime of violence.  See Ark. Code Ann. §§ 5-26-305 (Michie 1997 & Supp. 2003); United States v. Montanye, 996 F.2d 190, 192 (8th Cir. 1993) (en banc) (standard of review).  Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.